393 P.2d 341

Ex parte Chris TOLEDO, Jr., Petitioner.

No. 94 HC.

Supreme Court of New Mexico.

June 17, 1964.

COMPTON, Chief Justice, and CAR-MODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.

393 P.2d 341

Ex parte Brian K. PATTERSON, Petitioner.

No. 103 HC.

Supreme Court of New Mexico.

June 24, 1964.

COMPTON, Chief Justice, and CAR-MODY, CHAVEZ, and NOBLE, Justices, concurring; MOISE, Justice, not participating.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.